**Fill in this information to identify the case**

Debtor Name: The Beecham Group LLC

United States Bankruptcy Court for the: Western District of Texas

Case number: 24-11385

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: November 2024              Date report filed: 1/3/2025
                                                    MM / DD / YYYY

Line of business: _____              NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: *Brittany Beecham*

Original signature of responsible party: *Brittany Beecham*

Printed name of responsible party: *Brittany Beecham*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____  Case number 24-11385

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 61,932.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 83,067.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 91,824.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -8,756.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 53,175.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name _____  Case number 24-11385_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 4
27. What is the number of employees as of the date of this monthly report? _____ 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0
30. How much have you paid this month in other professional fees? $ _____ 0
31. How much have you paid in total other professional fees since filing the case? $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ 83067 | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ 91842 | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ -8756 | = | $ _____ |

35. Total projected cash receipts for the next month: $ *42,808.45*
36. Total projected cash disbursements for the next month: − $ *95,851.21*
37. Total projected net cash flow for the next month: = $ *53,042.76*

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 3

Debtor Name _____  Case number 24-11385_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



## ACCOUNT STATEMENT

| Account # | Statement Period | Page |
|---|---|---|
| XXXXXX0394 | 11/01/24-11/30/24 | 1 of 13 |

PO Box 9350 • Austin, Texas 78766-9350

THE BEECHAM GROUP LLC
18209 WIND VALLEY WAY
PFLUGERVILLE TX 78660

## REGULAR SAVINGS (0000)

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/01 | | | Beginning Balance | | 71.45 |
| 11/30 | | | Ending Balance | | 71.45 |

Dividends Paid to You in 2024 on REGULAR SAVINGS (0000)..............$0.05

## BUSINESS CHECKING (0080)

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/01 | | | Beginning Balance | | 61,932.55 |
| 11/01 | 11/01 | Deposit | ACH AFTERPAY 1217 TYPE: EDI PAYMNT ID: 0017677554 CO: AFTERPAY 1217 | 35.64 | 61,968.19 |
| 11/01 | 11/01 | Deposit | ACH Sezzle TYPE: Payout ID: 1810971660 CO: Sezzle | 85.22 | 62,053.41 |
| 11/01 | 11/01 | Deposit | ACH Shopify TYPE: Shopify ID: 1800948598 CO: Shopify | 115.37 | 62,168.78 |
| 11/01 | 11/01 | Withdrawal | ACH 8FIG INC TYPE: 723bec6RDB ID: 9352688246 CO: 8FIG INC | -900.00 | 61,268.78 |
| 11/01 11/01 | 11/01 | Withdrawal | Debit Card Debit Card VENMO *Chelsea Gest Visa Direct NY | -632.19 | 60,636.59 |
| 11/01 11/01 | 11/01 | Withdrawal | Debit Card Debit Card VENMO *Jessica Thomps Visa Direct NY | -490.73 | 60,145.86 |
| 11/01 | 11/01 | Withdrawal | Wire Transfer Domestic Wire Out Ref#1960917-6604263 | -15,000.00 | 45,145.86 |
| 11/01 | 11/01 | Withdrawal | Fee Domestic Wire Fee Ref#1960917-6604264 | -20.00 | 45,125.86 |
| 11/01 | 11/01 | Withdrawal | Wire Transfer Domestic Wire Out Ref#1960935-6604466 | -10,000.00 | 35,125.86 |
| 11/01 | 11/01 | Withdrawal | Fee Domestic Wire Fee Ref#1960935-6604467 | -20.00 | 35,105.86 |
| 11/01 11/01 | 11/01 | Recurring Withdrawal | Debit Card Debit Card AFTERPAY 185-52896014 CA | -257.46 | 34,848.40 |
| 11/01 11/01 | 11/01 | Withdrawal | Debit Card Debit Card VENMO *Brandy Cooper Visa Direct NY | -500.00 | 34,348.40 |
| 11/01 | 11/01 | Deposit | Internet Banking Mobile Deposit Ref# 10106683 | 2,749.00 | 37,097.40 |
| 11/01 | 11/01 | Deposit | Internet Banking Mobile Deposit Ref# 10106717 | 2,749.00 | 39,846.40 |
| 11/01 | 11/01 | Deposit | Internet Banking Mobile Deposit Ref# 10106722 | 818.21 | 40,664.61 |

Continued on page 2

(512) 467-8080  UFCU.org  (800) 252-8311

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/01 | 11/01 | Withdrawal | ACH SHOPIFY CAPITAL<br>TYPE: SHOPIFY ID: 1811161726<br>CO: SHOPIFY CAPITAL | -55.59 | 40,609.02 |
| 11/01 | 11/04 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 181.21 | 40,790.23 |
| 11/02 11/01 | 11/02 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -1,500.00 | 39,290.23 |
| 11/02 11/01 | 11/02 | Withdrawal | Debit Card Debit Card<br>PAR*WILLIES GRILL AND I PFLUGERVILLE TX | -102.13 | 39,188.10 |
| 11/02 11/01 | 11/02 | Withdrawal | Debit Card Debit Card<br>SOUTHWES 52625766149 800-435-9792 TX | -229.96 | 38,958.14 |
| 11/03 11/03 | 11/03 | Withdrawal | Debit Card Debit Card<br>STAMPS.COM *USPOSTAGE 855-608-2677 TX | -133.38 | 38,824.76 |
| 11/03 11/03 | 11/03 | Withdrawal | Debit Card Debit Card<br>TIFF'S TREATS 512-614-3200 TX | -48.00 | 38,776.76 |
| 11/04 11/04 | 11/04 | Recurring Withdrawal | Debit Card Debit Card<br>AFTERPAY 185-52896014 CA | -71.04 | 38,705.72 |
| 11/04 | 11/04 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 79.54 | 38,785.26 |
| 11/04 | 11/04 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 166.02 | 38,951.28 |
| 11/04 | 11/04 | Deposit | ACH Sezzle<br>TYPE: Payout ID: 1810971660 CO: Sezzle | 176.14 | 39,127.42 |
| 11/04 | 11/04 | Deposit | ACH VENMO<br>TYPE: CASHOUT ID: 5264681992 CO: VENMO | 190.91 | 39,318.33 |
| 11/04 | 11/04 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 1,008.00 | 40,326.33 |
| 11/04 | 11/04 | Withdrawal | ACH APPLECARD GSBANK<br>TYPE: PAYMENT ID: 9999999999<br>CO: APPLECARD GSBANK<br>NAME: Brittany Beecham | -1,500.00 | 38,826.33 |
| 11/04 11/04 | 11/04 | Recurring Withdrawal | Debit Card Debit Card<br>Cinemark 800-2463627 TX | -11.90 | 38,814.43 |
| 11/04 11/04 | 11/04 | Recurring Withdrawal | Debit Card Debit Card<br>ZENDESK - US ZENDESK.COM CA | -106.60 | 38,707.83 |
| 11/04 | 11/04 | Withdrawal | STOP PAYMENT FEE | -30.00 | 38,677.83 |
| 11/04 | 11/05 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 140.30 | 38,818.13 |
| 11/04 | 11/05 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 199.05 | 39,017.18 |
| 11/04 | 11/05 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 436.79 | 39,453.97 |
| 11/04 | 11/04 | Withdrawal | Check 101 | -2,749.00 | 36,704.97 |
| 11/04 | 11/04 | Withdrawal | Check 102 | -2,749.00 | 33,955.97 |
| 11/04 | 11/04 | Withdrawal | Check 103 | -818.21 | 33,137.76 |
| 11/04 | 11/04 | Withdrawal | Check 105 | -818.21 | 32,319.55 |

UFCU

| Account # | Statement Period | Page |
|---|---|---|
| XXXXXX0394 | 11/01/24-11/30/24 | 3 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/04 | 11/04 | Withdrawal | Check 106 | -2,749.00 | 29,570.55 |
| 11/04 | 11/04 | Withdrawal | Check 107 | -2,749.00 | 26,821.55 |
| 11/05 | 11/05 | Withdrawal | Debit Card Debit Card 11/04 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 26,571.55 |
| 11/05 | 11/05 | Deposit | ACH AFTERPAY 1217 TYPE: EDI PAYMNT ID: 0017677554 CO: AFTERPAY 1217 | 35.63 | 26,607.18 |
| 11/05 | 11/05 | Deposit | ACH AFTERPAY 1217 TYPE: EDI PAYMNT ID: 0017677554 CO: AFTERPAY 1217 | 45.73 | 26,652.91 |
| 11/05 | 11/05 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 80.57 | 26,733.48 |
| 11/05 | 11/05 | Deposit | ACH SHOPPAYINST AFRM TYPE: AutoPay ID: 394440 CO: SHOPPAYINST AFRM | 155.99 | 26,889.47 |
| 11/05 | 11/05 | Deposit | ACH Shopify TYPE: Shopify ID: 1800948598 CO: Shopify | 2,047.67 | 28,937.14 |
| 11/05 | 11/05 | Withdrawal | ACH AMEX EPAYMENT TYPE: ACH PMT ID: 0005000040 CO: AMEX EPAYMENT | -52.00 | 28,885.14 |
| 11/05 | 11/05 | Withdrawal | ACH CHASE CREDIT CRD TYPE: AUTOPAY ID: 4760039224 CO: CHASE CREDIT CRD | -500.00 | 28,385.14 |
| 11/05 | 11/02 | Deposit | Adjustment DisputeAdj-Batch Dispute 1,500.00 ProvCr USPS STAM Eff Date 11/02/24 | 1,500.00 | 29,885.14 |
| 11/05 | 10/29 | Deposit | Adjustment DisputeAdj-Batch Dispute 500.00 ProvCr USPS STAM Eff Date 10/29/24 | 500.00 | 30,385.14 |
| 11/05 | 10/29 | Deposit | Adjustment DisputeAdj-Batch Dispute 500.00 ProvCr USPS STAM Eff Date 10/29/24 | 500.00 | 30,885.14 |
| 11/05 | 10/29 | Deposit | Adjustment DisputeAdj-Batch Dispute 500.00 ProvCr USPS STAM Eff Date 10/29/24 | 500.00 | 31,385.14 |
| 11/05 | 10/25 | Deposit | Adjustment DisputeAdj-Batch Dispute 500.00 ProvCr USPS STAM Eff Date 10/25/24 | 500.00 | 31,885.14 |
| 11/05 | 10/24 | Deposit | Adjustment DisputeAdj-Batch Dispute 500.00 ProvCr USPS STAM Eff Date 10/24/24 | 500.00 | 32,385.14 |
| 11/05 | 11/05 | Withdrawal | Debit Card Debit Card 11/05 STAMPS.COM *USPOSTAGE 855-608-2677 TX | -250.00 | 32,135.14 |
| 11/05 | 11/06 | Deposit | ACH SHOPPAYINST AFRM TYPE: PAYMENTS ID: 9729198000 CO: SHOPPAYINST AFRM | 67.46 | 32,202.60 |
| 11/05 | 11/05 | Withdrawal | Debit Card Debit Card 11/05 TRB*Dillo Disposal Ser 802-5603595 VT | -117.87 | 32,084.73 |
| 11/05 | 11/05 | Withdrawal | Debit Card Debit Card 11/06 Alibaba.com 408-7855580 CA | -3,396.68 | 28,688.05 |
| 11/06 | 11/06 | Deposit | ACH Sezzle | 78.16 | 28,766.21 |

(512) 467-8080    UFCU.org    (800) 252-8311

UFCU

| Account # | Statement Period | Page |
|---|---|---|
| XXXXXX0394 | 11/01/24-11/30/24 | 4 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/06 | 11/06 | Deposit | ACH DASHOFGLITT<br>TYPE: Payout ID: 1810971660 CO: Sezzle | 125.54 | 28,891.75 |
| 11/06 | 11/06 | Deposit | ACH AFTERPAY 1217<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 136.65 | 29,028.40 |
| 11/06 | 11/06 | Deposit | ACH Shopify<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 627.73 | 29,656.13 |
| 11/06 | 11/07 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 64.56 | 29,720.69 |
| 11/06 | 11/06 | Withdrawal | Debit Card Debit Card<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | -50.00 | 29,670.69 |
| 11/06 | | | VENMO *LOVELEE BOUTIQ 35314369001 NY | | |
| 11/07 | 11/07 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 8.41 | 29,679.10 |
| 11/07 | 11/07 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 11.40 | 29,690.50 |
| 11/07 | 11/07 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 86.37 | 29,776.87 |
| 11/07 | 11/07 | Deposit | ACH Sezzle<br>TYPE: Payout ID: 1810971660 CO: Sezzle | 147.90 | 29,924.77 |
| 11/07 | 11/07 | Withdrawal | ACH HOCHHEIM PRAIRIE<br>TYPE: Hochheim ID: 6742453071<br>CO: HOCHHEIM PRAIRIE | -684.24 | 29,240.53 |
| 11/07 | 11/08 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 310.53 | 29,551.06 |
| 11/07 | 11/07 | Deposit | Debit Card<br>METAPAY*Cynthia Midget MENLO PARK CA<br>Date 11/07/24 14654024312287895878953 4829 | 36.99 | 29,588.05 |
| 11/07 | 11/07 | Withdrawal | POS #3QH4RVX6<br>ETSY, INC. ADAMS STREET BROOKLYN NY | -4.22 | 29,583.83 |
| 11/07 | 11/07 | Withdrawal | POS #A8RFR2BM<br>Etsy 17 Adams St Brooklyn NY | -20.80 | 29,563.03 |
| 11/07 | 11/07 | Withdrawal | POS #A2SFWE08<br>Etsy 17 Adams St Brooklyn NY | -13.80 | 29,549.23 |
| 11/07 | 11/07 | Withdrawal | POS #9Y72NUPM<br>Etsy 17 Adams St Brooklyn NY | -20.97 | 29,528.26 |
| 11/07 | 11/07 | Withdrawal | POS #3SBA9RRX<br>Etsy 17 Adams St Brooklyn NY | -14.85 | 29,513.41 |
| 11/07 | 11/07 | Withdrawal | POS #A0HR11GE<br>Etsy 17 Adams St Brooklyn NY | -4.38 | 29,509.03 |
| 11/08 | 11/08 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 45.60 | 29,554.63 |
| 11/08 | 11/08 | Deposit | ACH Sezzle<br>TYPE: Payout ID: 1810971660 CO: Sezzle | 59.11 | 29,613.74 |
| 11/08 | 11/08 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 90.40 | 29,704.14 |
| 11/08 | 11/08 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 864.86 | 30,569.00 |
| 11/08 | 11/08 | Withdrawal | ACH Capital Premium<br>TYPE: INS. PMT ID: 4820423224<br>CO: Capital Premium | -728.55 | 29,840.45 |

| | UFCU | | | Account # XXXXXX0394 | Statement Period 11/01/24-11/30/24 | Page 5 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/08 | 11/08 | Withdrawal | POS #3QH4SBOS<br>ETSY, INC. ADAMS STREET BROOKLYN NY | -3.25 | 29,837.20 |
| 11/08 | 11/08 | Withdrawal | POS #A2SFWTRI<br>Etsy 17 Adams St Brooklyn NY | -12.06 | 29,825.14 |
| 11/08 | 11/08 | Withdrawal | Debit Card Debit Card<br>VENMO *Heather Reed Visa Direct NY | -229.83 | 29,595.31 |
| 11/08 | 11/12 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 169.89 | 29,765.20 |
| 11/08 | 11/08 | Recurring Withdrawal | Debit Card Debit Card<br>INTUIT *QBooks Online CL.INTUIT.COM CA | -358.18 | 29,407.02 |
| 11/08 | 11/08 | Withdrawal | POS #A017PAHT<br>Etsy 17 Adams St Brooklyn NY | -5.13 | 29,401.89 |
| 11/08 | 11/08 | Withdrawal | POS #9Y72PL11<br>Etsy 17 Adams St Brooklyn NY | -6.50 | 29,395.39 |
| 11/08 | 11/08 | Withdrawal | Debit Card Debit Card<br>VENMO *Brandy Cooper Visa Direct NY | -300.00 | 29,095.39 |
| 11/09 | 11/09 | Withdrawal | Debit Card Debit Card<br>MAILCHIMP *MISC MAILCHIMP.COM GA | -319.80 | 28,775.59 |
| 11/09 | 11/09 | Withdrawal | Debit Card Debit Card<br>STAMPS.COM *USPOSTAGE 855-608-2677 TX | -250.00 | 28,525.59 |
| 11/10 | 11/10 | Withdrawal | Debit Card Debit Card<br>MAILCHIMP *MISC MAILCHIMP.COM GA | -2,286.57 | 26,239.02 |
| 11/10 | 11/10 | Withdrawal | Debit Card Debit Card<br>AMBIT TEXAS, LLC 877-282-6248 TX | -843.12 | 25,395.90 |
| 11/10 | 11/10 | Withdrawal | POS #A1VD9W5E<br>Etsy 17 Adams St Brooklyn NY | -62.49 | 25,333.41 |
| 11/12 | 11/11 | Withdrawal | Debit Card Debit Card<br>MAILCHIMP *MISC MAILCHIMP.COM GA | -2,665.00 | 22,668.41 |
| 11/12 | 11/12 | Withdrawal | Debit Card Debit Card<br>S&S ACTIVEWEAR 800-523-2155 IL | -434.07 | 22,234.34 |
| 11/12 | 11/12 | Withdrawal | Debit Card Debit Card<br>S&S ACTIVEWEAR 800-523-2155 IL | -882.75 | 21,351.59 |
| 11/12 | 11/12 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 21,101.59 |
| 11/12 | 11/12 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 20.26 | 21,121.85 |
| 11/12 | 11/12 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 86.65 | 21,208.50 |
| 11/12 | 11/12 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 175.90 | 21,384.40 |
| 11/12 | 11/12 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 395.75 | 21,780.15 |
| 11/12 | 11/12 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 756.49 | 22,536.64 |
| 11/12 | 11/13 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 421.32 | 22,957.96 |
| 11/12 | 11/13 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 716.07 | 23,674.03 |

| UFCU | Account # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX0394 | 11/01/24-11/30/24 | 6 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/12 | 11/13 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 1,308.66 | 24,982.69 |
| 11/12 | 11/13 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 960.10 | 25,942.79 |
| 11/12 | 11/12 | Withdrawal | Check 104 | -683.24 | 25,259.55 |
| 11/12 | 11/12 | Withdrawal | Check 108 | -447.54 | 24,812.01 |
| 11/12 | 11/12 | Withdrawal | Check 109 | -2,749.00 | 22,063.01 |
| 11/12 | 11/12 | Recurring Withdrawal | Debit Card Debit Card<br>AFTERPAY 185-52896014 CA | -66.03 | 21,996.98 |
| 11/12 | 11/12 | Withdrawal | Bill Payment #431828500004<br>HOMEAGLOW 1ST CLEAN AD CLEANINGBILL. TX | -307.44 | 21,689.54 |
| 11/13 | 11/13 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 21,439.54 |
| 11/13 | 11/13 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 112.36 | 21,551.90 |
| 11/13 | 11/13 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 315.07 | 21,866.97 |
| 11/13 | 11/13 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 334.99 | 22,201.96 |
| 11/13 | 11/13 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: AutoPay ID: 394440<br>CO: SHOPPAYINST AFRM | 512.17 | 22,714.13 |
| 11/13 | 11/13 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 544.23 | 23,258.36 |
| 11/13 | 11/13 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 9,602.94 | 32,861.30 |
| 11/13 | 11/13 | Withdrawal | ACH SBA EIDL LOAN<br>TYPE: PAYMENT ID: 7300000118<br>CO: SBA EIDL LOAN | -73.10 | 32,788.20 |
| 11/13 | 11/13 | Recurring Withdrawal | Debit Card Debit Card<br>Afterpay 044-4123456 CA | -38.16 | 32,750.04 |
| 11/13 | 11/13 | Withdrawal | Debit Card Debit Card<br>STAMPS.COM *USPOSTAGE 855-608-2677 TX | -250.00 | 32,500.04 |
| 11/13 | 11/13 | Recurring Withdrawal | Bill Payment #431820213970<br>Experian* Credit Report 479-3436237 CA | -27.05 | 32,472.99 |
| 11/13 | 11/14 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 462.88 | 32,935.87 |
| 11/13 | 11/14 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 4270465600 CO: Shopify | 888.24 | 33,824.11 |
| 11/13 | 11/13 | Recurring Withdrawal | Debit Card Debit Card<br>INSTABOSS LLC INSTABOSSCLUB TX | -300.00 | 33,524.11 |
| 11/14 | 11/14 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 519.72 | 34,043.83 |
| 11/14 | 11/14 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT | 663.62 | 34,707.45 |

(512) 467-8080  UFCU.org  (800) 252-8311

| UFCU | Account # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX0394 | 11/01/24-11/30/24 | 7 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/14 | 11/12 | Deposit | CO: SHOPIFY NAME: DASHOFGLITT Adjustment DisputeAdj-Batch Dispute 307.44 ProvCr HOMEAGLOW Eff Date 11/12/24 | 307.44 | 35,014.89 |
| 11/14 | 10/30 | Deposit | Adjustment DisputeAdj-Batch Dispute 514.95 ProvCr Alibaba.c Eff Date 10/30/24 | 514.95 | 35,529.84 |
| 11/14 | 10/30 | Deposit | Adjustment DisputeAdj-Batch Dispute 514.95 ProvCr Alibaba.c Eff Date 10/30/24 | 514.95 | 36,044.79 |
| 11/14 | 10/14 | Deposit | Adjustment DisputeAdj-Batch Dispute 53.04 ProvCr HOMEAGLOW Eff Date 10/14/24 | 53.04 | 36,097.83 |
| 11/14 | 10/14 | Deposit | Adjustment DisputeAdj-Batch Dispute 129.92 ProvCr HOMEAGLOW Eff Date 10/14/24 | 129.92 | 36,227.75 |
| 11/14 | 10/08 | Deposit | Adjustment DisputeAdj-Batch Dispute 20.56 ProvCr HOMEAGLOW Eff Date 10/08/24 | 20.56 | 36,248.31 |
| 11/14 | 10/06 | Deposit | Adjustment DisputeAdj-Batch Dispute 308.97 ProvCr Alibaba.c Eff Date 10/06/24 | 308.97 | 36,557.28 |
| 11/14 | 10/06 | Deposit | Adjustment DisputeAdj-Batch Dispute 3,372.93 ProvCr Alibaba.c Eff Date 10/06/24 | 3,372.93 | 39,930.21 |
| 11/14 | 09/21 | Withdrawal | REV PROV CR ALIBABA.COM DISPUTE CLOSED NO ERROR OCCURRED | -1,029.90 | 38,900.31 |
| 11/14 | 09/20 | Withdrawal | REV PROV CR ALIBABA.COM DISPUTE CLOSED NO ERROR OCCURRED | -4,941.47 | 33,958.84 |
| 11/14 | 09/19 | Withdrawal | REV PROV CR ALIBABA.COM DISPUTE CLOSED NO ERROR OCCURRED | -4,675.76 | 29,283.08 |
| 11/14 | 11/05 | Deposit | PROV CR ALIBABA.COM | 3,396.68 | 32,679.76 |
| 11/14 | 11/15 | Deposit | ACH SHOPPAYINST AFRM TYPE: PAYMENTS ID: 9729198000 CO: SHOPPAYINST AFRM | 41.44 | 32,721.20 |
| 11/15 | 11/15 | Deposit | ACH AFTERPAY 1217 TYPE: EDI PAYMNT ID: 0017677554 CO: AFTERPAY 1217 | 163.23 | 32,884.43 |
| 11/15 | 11/15 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 552.77 | 33,437.20 |
| 11/15 | 11/15 | Deposit | ACH Shopify TYPE: Shopify ID: 1800948598 CO: Shopify | 929.94 | 34,367.14 |
| 11/15 | 11/15 | Withdrawal | ACH AMEX EPAYMENT TYPE: ACH PMT ID: 0005000040 CO: AMEX EPAYMENT | -70.00 | 34,297.14 |

(512) 467-8080     UFCU.org     (800) 252-8311

| UFCU | Account # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX0394 | 11/01/24-11/30/24 | 8 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/15 | 11/18 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 376.28 | 34,673.42 |
| 11/15 | 11/15 | Withdrawal | Check 113 | -667.24 | 34,006.18 |
| 11/18 | 11/18 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 34.45 | 34,040.63 |
| 11/18 | 11/18 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 191.26 | 34,231.89 |
| 11/18 | 11/18 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 299.66 | 34,531.55 |
| 11/18 | 11/18 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 494.47 | 35,026.02 |
| 11/18 | 11/18 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 2,660.05 | 37,686.07 |
| 11/18 | 11/18 | Withdrawal | ACH CHASE CREDIT CRD<br>TYPE: AUTOPAY ID: 4760039224<br>CO: CHASE CREDIT CRD | -500.00 | 37,186.07 |
| 11/18 | 11/19 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 400.52 | 37,586.59 |
| 11/18 | 11/19 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 923.23 | 38,509.82 |
| 11/18 | 11/19 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 305.70 | 38,815.52 |
| 11/18 | 11/18 | Withdrawal | Check 110 | -818.00 | 37,997.52 |
| 11/18 | 11/18 | Withdrawal | Check 111 | -2,790.00 | 35,207.52 |
| 11/18 | 11/18 | Withdrawal | Check 112 | -818.00 | 34,389.52 |
| 11/18 | 11/18 | Withdrawal | Check 114 | -424.94 | 33,964.58 |
| 11/19 11/18 | 11/19 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 33,714.58 |
| 11/19 11/18 | 11/19 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 33,464.58 |
| 11/19 | 11/19 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 35.63 | 33,500.21 |
| 11/19 | 11/19 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 79.29 | 33,579.50 |
| 11/19 | 11/19 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 580.98 | 34,160.48 |
| 11/19 | 11/19 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 629.47 | 34,789.95 |
| 11/19 | 11/19 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 6,692.31 | 41,482.26 |
| 11/19 11/19 | 11/19 | Withdrawal | Debit Card Debit Card<br>STAMPS.COM *USPOSTAGE 855-608-2677 TX | -250.00 | 41,232.26 |
| 11/19 | 11/20 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 1,440.21 | 42,672.47 |

(512) 467-8080     UFCU.org     (800) 252-8311

| | Account # | Statement Period | Page |
|---|---|---|---|
| UFCU | XXXXXX0394 | 11/01/24-11/30/24 | 9 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/20 | 11/20 | Withdrawal | Debit Card Debit Card 11/19 USPS STAMPS ENDICIA 888-434-0055 DC | -10.00 | 42,662.47 |
| 11/20 | 11/20 | Withdrawal | Debit Card Debit Card 11/19 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 42,412.47 |
| 11/20 | 11/20 | Withdrawal | Debit Card Debit Card 11/19 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 42,162.47 |
| 11/20 | 11/20 | Deposit | ACH AFTERPAY 1217 TYPE: EDI PAYMNT ID: 0017677554 CO: AFTERPAY 1217 | 542.40 | 42,704.87 |
| 11/20 | 11/20 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 650.69 | 43,355.56 |
| 11/20 | 11/20 | Deposit | ACH Shopify TYPE: Shopify ID: 1800948598 CO: Shopify | 4,720.54 | 48,076.10 |
| 11/20 | 11/20 | Withdrawal | ACH APPLECARD GSBANK TYPE: PAYMENT ID: 9999999999 CO: APPLECARD GSBANK NAME: Brittany Beecham | -2,500.00 | 45,576.10 |
| 11/20 | 11/20 | Recurring Withdrawal | Bill Payment #432528107225 STAMPS.COM 855-608-2677 TX | -20.15 | 45,555.95 |
| 11/20 | 11/21 | Deposit | ACH SHOPPAYINST AFRM TYPE: PAYMENTS ID: 9729198000 CO: SHOPPAYINST AFRM | 476.28 | 46,032.23 |
| 11/21 | 11/21 | Withdrawal | Debit Card Debit Card 11/20 USPS STAMPS ENDICIA 888-434-0055 DC | -72.63 | 45,959.60 |
| 11/21 | 11/21 | Deposit | ACH AFTERPAY 1217 TYPE: EDI PAYMNT ID: 0017677554 CO: AFTERPAY 1217 | 540.63 | 46,500.23 |
| 11/21 | 11/21 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 843.70 | 47,343.93 |
| 11/21 | 11/21 | Deposit | ACH Shopify TYPE: Shopify ID: 1800948598 CO: Shopify | 1,211.20 | 48,555.13 |
| 11/21 | 11/21 | Withdrawal | Debit Card Debit Card 11/21 STAMPS.COM *USPOSTAGE 855-608-2677 TX | -250.00 | 48,305.13 |
| 11/21 | 11/22 | Deposit | ACH SHOPPAYINST AFRM TYPE: PAYMENTS ID: 9729198000 CO: SHOPPAYINST AFRM | 460.29 | 48,765.42 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 48,515.42 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 48,265.42 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 USPS STAMPS ENDICIA 888-434-0055 DC | -552.80 | 47,712.62 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 47,462.62 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 47,212.62 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 46,962.62 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card 11/21 S&S ACTIVEWEAR 800-523-2155 IL | -1,000.41 | 45,962.21 |
| 11/22 | 11/22 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 50.16 | 46,012.37 |

| | Account # | Statement Period | Page |
|---|---|---|---|
| UFCU | XXXXXX0394 | 11/01/24-11/30/24 | 10 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/22 | 11/22 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 2,403.58 | 48,415.95 |
| 11/22 | 11/22 | Withdrawal | Debit Card Debit Card | -250.00 | 48,165.95 |
| 11/22 | | | STAMPS.COM *USPOSTAGE 855-608-2677 TX | | |
| 11/22 | 11/25 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 1,422.18 | 49,588.13 |
| 11/23 | 11/23 | Withdrawal | Debit Card Debit Card | -250.00 | 49,338.13 |
| 11/22 | | | USPS STAMPS ENDICIA 888-434-0055 DC | | |
| 11/23 | 11/23 | Withdrawal | Debit Card Debit Card | -10.00 | 49,328.13 |
| 11/22 | | | USPS STAMPS ENDICIA 888-434-0055 DC | | |
| 11/23 | 11/23 | Withdrawal | Debit Card Debit Card | -250.00 | 49,078.13 |
| 11/22 | | | USPS STAMPS ENDICIA 888-434-0055 DC | | |
| 11/23 | 11/23 | Withdrawal | POS #3Q8CDYOY<br>Etsy 17 Adams St Brooklyn NY | -8.66 | 49,069.47 |
| 11/23 | 11/23 | Withdrawal | POS #A236THOC<br>Etsy 17 Adams St Brooklyn NY | -19.28 | 49,050.19 |
| 11/23 | 11/23 | Withdrawal | POS #A2JQ6YMO<br>Etsy 17 Adams St Brooklyn NY | -31.81 | 49,018.38 |
| 11/23 | 11/23 | Withdrawal | POS #A75XT40P<br>Etsy 17 Adams St Brooklyn NY | -20.28 | 48,998.10 |
| 11/23 | 11/23 | Withdrawal | POS #A236THS3<br>Etsy 17 Adams St Brooklyn NY | -15.73 | 48,982.37 |
| 11/23 | 11/23 | Withdrawal | POS #9UQL71B0<br>Etsy 17 Adams St Brooklyn NY | -6.82 | 48,975.55 |
| 11/23 | 11/23 | Withdrawal | POS #AADOTPPS<br>Etsy 17 Adams St Brooklyn NY | -2.79 | 48,972.76 |
| 11/24 | 11/23 | Withdrawal | Debit Card Debit Card | -100.00 | 48,872.76 |
| 11/23 | | | USPS STAMPS ENDICIA 888-434-0055 DC | | |
| 11/24 | 11/24 | Withdrawal | POS #432931772201<br>NST THE HOME DEPOT 001673 1517 TOWN CENTER<br>DR PFLUGERVILLE TX | -49.96 | 48,822.80 |
| 11/25 | 11/25 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 35.63 | 48,858.43 |
| 11/25 | 11/25 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: AutoPay ID: 394440<br>CO: SHOPPAYINST AFRM | 191.51 | 49,049.94 |
| 11/25 | 11/25 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 511.74 | 49,561.68 |
| 11/25 | 11/25 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 687.16 | 50,248.84 |
| 11/25 | 11/25 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 1,431.12 | 51,679.96 |
| 11/25 | 11/25 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 6,429.11 | 58,109.07 |
| 11/25 | 11/25 | Withdrawal | POS #433012375526<br>BUC-EE'S #18 40900 US HWY 290 BYPASS<br>WALLER TX | -53.91 | 58,055.16 |
| 11/25 | 11/26 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 148.31 | 58,203.47 |
| 11/25 | 11/26 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000 | 336.05 | 58,539.52 |

(512) 467-8080　　　　UFCU.org　　　　(800) 252-8311

| UFCU | Account # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX0394 | 11/01/24-11/30/24 | 11 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/25 | 11/26 | Deposit | CO: SHOPPAYINST AFRM<br>ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 153.13 | 58,692.65 |
| 11/25 | 11/25 | Withdrawal | Check 117 | -689.27 | 58,003.38 |
| 11/25 | 11/25 | Withdrawal | Check 118 | -353.70 | 57,649.68 |
| 11/25 | 11/25 | Withdrawal | Check 119 | -471.16 | 57,178.52 |
| 11/26<br>11/25 | 11/26 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 56,928.52 |
| 11/26<br>11/25 | 11/26 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 56,678.52 |
| 11/26<br>11/25 | 11/26 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -250.00 | 56,428.52 |
| 11/26<br>11/25 | 11/26 | Withdrawal | Debit Card Debit Card<br>USPS STAMPS ENDICIA 888-434-0055 DC | -100.00 | 56,328.52 |
| 11/26 | 11/26 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 124.15 | 56,452.67 |
| 11/26 | 11/26 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: AutoPay ID: 394440<br>CO: SHOPPAYINST AFRM | 167.69 | 56,620.36 |
| 11/26 | 11/26 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 169.76 | 56,790.12 |
| 11/26 | 11/26 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 179.31 | 56,969.43 |
| 11/26 | 11/26 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 715.23 | 57,684.66 |
| 11/26 | 11/26 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 2,508.77 | 60,193.43 |
| 11/26 | 11/27 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 96.04 | 60,289.47 |
| 11/26 | 11/26 | Withdrawal | Check 121 | -2,790.00 | 57,499.47 |
| 11/26 | 11/26 | Withdrawal | Check 122 | -818.00 | 56,681.47 |
| 11/27 | 11/27 | Deposit | ACH DASHOFGLITT<br>TYPE: TRANSFER ID: SHOPIFYPMT<br>CO: SHOPIFY NAME: DASHOFGLITT | 101.75 | 56,783.22 |
| 11/27 | 11/27 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 145.51 | 56,928.73 |
| 11/27 | 11/27 | Deposit | ACH Shopify<br>TYPE: Shopify ID: 1800948598 CO: Shopify | 560.97 | 57,489.70 |
| 11/27 | 11/27 | Deposit | Debit Card<br>METAPAY*Cynthia Midget MENLO PARK CA<br>Date 11/27/24 84654024332911619116191 4829 | 30.00 | 57,519.70 |
| 11/27 | 11/29 | Deposit | ACH SHOPPAYINST AFRM<br>TYPE: PAYMENTS ID: 9729198000<br>CO: SHOPPAYINST AFRM | 24.01 | 57,543.71 |
| 11/27 | 11/27 | Withdrawal | Check 124 | -409.00 | 57,134.71 |
| 11/28<br>11/28 | 11/28 | Withdrawal | Debit Card Debit Card<br>STAMPS.COM *USPOSTAGE 855-608-2677 TX | -100.00 | 57,034.71 |
| 11/29 | 11/29 | Deposit | ACH AFTERPAY 1217<br>TYPE: EDI PAYMNT ID: 0017677554<br>CO: AFTERPAY 1217 | 87.91 | 57,122.62 |

| UFCU | Account # | Statement Period | Page |
|---|---|---|---|
| | XXXXXX0394 | 11/01/24-11/30/24 | 12 of 13 |

## BUSINESS CHECKING (0080) - Continued

| TRANS DATE | EFFECTIVE DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 11/29 | 11/29 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 170.56 | 57,293.18 |
| 11/29 | 11/29 | Deposit | ACH DASHOFGLITT TYPE: TRANSFER ID: SHOPIFYPMT CO: SHOPIFY NAME: DASHOFGLITT | 308.49 | 57,601.67 |
| 11/29 | 11/29 | Deposit | ACH Shopify TYPE: Shopify ID: 1800948598 CO: Shopify | 502.55 | 58,104.22 |
| 11/29 | 12/02 | Deposit | ACH SHOPPAYINST AFRM TYPE: PAYMENTS ID: 9729198000 CO: SHOPPAYINST AFRM | 198.03 | 58,302.25 |
| 11/29 | 11/29 | Withdrawal | ACH TDECU Make a Pay TYPE: WEB ID: 1222528269 CO: TDECU Make a Pay | -1,835.23 | 56,467.02 |
| 11/29 11/28 | 11/29 | Deposit | Adjustment Debit Card Credit Voucher HOMEAGLO 10/14 TXN FEE AUSTIN TX | 19.48 | 56,486.50 |
| 11/29 11/28 | 11/29 | Deposit | Adjustment Debit Card Credit Voucher HOMEAGLOW 3HR VOUCHER CLEANINGBILL. TX | 20.56 | 56,507.06 |
| 11/29 | 11/29 | Withdrawal | Wire Transfer Domestic Wire Out Ref#2001599-6762189 | -1,100.00 | 55,407.06 |
| 11/29 | 11/29 | Withdrawal | Fee Domestic Wire Fee Ref#2001599-6762190 | -20.00 | 55,387.06 |
| 11/29 | 12/02 | Deposit | ACH SHOPPAYINST AFRM TYPE: PAYMENTS ID: 9729198000 CO: SHOPPAYINST AFRM | 278.92 | 55,665.98 |
| 11/29 | 11/29 | Withdrawal | Check 123 | -693.00 | 54,972.98 |
| 11/30 11/29 | 11/30 | Withdrawal | Debit Card Debit Card MAILCHIMP *MISC MAILCHIMP.COM GA | -1,758.90 | 53,214.08 |
| 11/30 | 11/30 | Withdrawal | POS #3Q8CRM55 Etsy 17 Adams St Brooklyn NY | -24.67 | 53,189.41 |
| 11/30 | 11/30 | Withdrawal | POS #3Q8CRM78 ETSY, INC. ADAMS STREET BROOKLYN NY | -4.03 | 53,185.38 |
| 11/30 | 11/30 | Withdrawal | Analysis Fee | -9.40 | 53,175.98 |
| 11/30 | | | **Ending Balance** | | **53,175.98** |

Dividends Paid to You in 2024 on BUSINESS CHECKING (0080)..............$0.00
144 Withdrawals = -91,824.17   114 Deposits = 83,067.60   21 Checks Cleared
Statement Period Low Balance ............... $21,101.59
Statement Period High Balance ............. $62,168.78
Average Daily Balance ............................. $38,495.30

### Summary of Cleared Checks

| Check # | Date Cleared | Amount | Check # | Date Cleared | Amount | Check # | Date Cleared | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 11/04 | 2,749.00 | 108 | 11/12 | 447.54 | 117* | 11/25 | 689.27 |
| 102 | 11/04 | 2,749.00 | 109 | 11/12 | 2,749.00 | 118 | 11/25 | 353.70 |
| 103 | 11/04 | 818.21 | 110 | 11/18 | 818.00 | 119 | 11/25 | 471.16 |
| 104 | 11/12 | 683.24 | 111 | 11/18 | 2,790.00 | 121* | 11/26 | 2,790.00 |
| 105 | 11/04 | 818.21 | 112 | 11/18 | 818.00 | 122 | 11/26 | 818.00 |
| 106 | 11/04 | 2,749.00 | 113 | 11/15 | 667.24 | 123 | 11/29 | 693.00 |
| 107 | 11/04 | 2,749.00 | 114 | 11/18 | 424.94 | 124 | 11/27 | 409.00 |

* next to number indicates skip in number sequence

## YTD TAX SUMMARY
### YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)........$          0.05

(512) 467-8080          UFCU.org          (800) 252-8311

**UFCU**

| Account # | Statement Period | Page |
|---|---|---|
| XXXXXX0394 | 11/01/24-11/30/24 | 13 of 13 |

IF YOU DO NOT BALANCE VERIFY ADDITIONS AND SUBTRACTIONS ABOVE AND IN YOUR CHECK REGISTER
COMPARE THE DOLLAR AMOUNTS OF CHECKS LISTED ON THIS STATEMENT WITH THE CHECK AMOUNTS LISTED IN YOUR CHECK REGISTER
COMPARE THE DOLLAR AMOUNTS OF DEPOSITS LISTED ON THIS STATEMENT WITH THE DEPOSIT AMOUNTS RECORDED IN YOUR CHECK REGISTER

**HOW TO COMPUTE YOUR FINANCE CHARGE**
Each loan that is a "line of credit" loan is open-end credit. The balances of such loan account at the beginning of the statement period, after each new loan advance (if any), after each payment or credit (if any), and at the end of the statement period are shown in the column "Balance". Each such balance figure is determined by adding to the last prior balance of a loan account the amount of a new advance and other charges on that account and by deducting from such last prior balance the part of a loan payment or credit on that account that is allocated to reduction of principal. The FINANCE CHARGES shown on the statement accrued from the date of the last payment and are computed by multiplying the daily periodic rate in effect for that period times each such balance figure during that period times the number of days that figure is outstanding during the period that daily periodic rate was in effect, and are deducted directly from each payment. The daily periodic rate and the annual percentage rate for loan accounts marked as a "line-of-credit" loan are a variable rate which may change.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS MARKED WITH A *TELEPHONE US AT (512)467-8080 IN AUSTIN, (409) 797-3300 IN GALVESTON, US TOLL-FREE (800) 252-8311, OR WRITE US AT UNIVERSITY FEDERAL CREDIT UNION, PO BOX 9350 AUSTIN, TX 78766-9350** as soon as you can if you think your statement or automated teller machine transaction receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after you receive the FIRST statement on which the error or problem appeared 1.) Tell us your name and account number 2.) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. 3.) Tell us the dollar amount of the suspected error. We will investigate your complaint and will promptly, usually within 10 business days, correct the error or send you a written explanation of our reasons for believing no error occurred. If we take more than 10 business days to do one of these things, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT OF OPEN-END LOAN ACCOUNT(S) MARKED AS "LINE-OF-CREDIT" LOAN**
The Federal Truth in Lending Act requires prompt correction of mistakes on your Loan Statement.
If you think your Statement of Account is wrong, or if you need more information about a transaction on your Statement of Account, write us as soon as possible (on a separate sheet) at *UNIVERSITY FEDERAL CREDIT UNION -PO BOX 9350 -AUSTIN, TEXAS 78766-9350 WE MUST HEAR FROM YOU NO LATER THAN 60 DAYS AFTER WE SENT YOU THE FIRST STATEMENT OF ACCOUNT ON WHICH THE ERROR OR PROBLEM APPEARED. YOU CAN TELEPHONE US, BUT DOING SO WILL NOT PRESERVE YOUR RIGHTS.*

In your letter, give us the following information:
— Your name and account number
— The dollar amount of the suspected error
— Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement of Account that are not in question. While we investigate your questions, we cannot report you as delinquent or take any action to collect the amount you question.



| (512) 467-8080 | UFCU.org | (800) 252-8311 |
|---|---|---|